# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Siamic Ghaffarian, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Account Services Collections, Inc., | ) | Case No. 1:16-cv-354 |
| Defendant. | ) | |

On March 29, 2017, plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly, the above-entitled action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated this 30th day of March, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court